UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ANDRE RUSHING,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFF MACOMBER, et al.,<br><br>    Defendants. | No. 2: 16-cv-0452 KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' motion for a thirty days extension of time to file a response to the complaint.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion for extension of time (ECF No. 13) is granted;

2. Defendants' response to the complaint is due on or before August 1, 2016.

Dated: July 7, 2016

Rush452.eot

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1