UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ANDRE RUSHING,<br><br>            Plaintiff,<br><br>      v.<br><br>JEFF MACOMBER, et al.,<br><br>            Defendants. | No.  2:16-cv-0452 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se in this civil rights action for relief pursuant to 42 U.S.C. § 1983.

Plaintiff has filed a request for an extension of time to file a reply to defendants' answer. Rule 7(a) of the Federal Rules of Civil Procedure provides:

(a) Pleadings.  Only these pleadings are allowed:

    (1) a complaint;

    (2) an answer to a complaint;

    . . .

    (7) <u>if the court orders one</u>, a reply to an answer.

Fed. R. Civ. P. 7(a) (emphasis added).  The court has not ordered plaintiff to reply to defendants' answer and declines to make such an order.

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for an extension of time (ECF No. 21) is denied.

DATED: August 23, 2016

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1:prisoner-civil rights/Rush0452.77e