UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ANDRE RUSHING, | No. 2:16-cv-0452 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| JEFF MACOMBER, et al., | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se, and in forma pauperis, with a civil rights action under 42 U.S.C. § 1983. On April 15, 2016, the court ordered the United States Marshal to seek a waiver of service of the complaint from each defendant or serve each defendant. (ECF No. 11.) On August 1, 2016, all defendants except defendants Diciro and Moazam answered the complaint. (ECF No. 19.) The Marshal has informed the court that initial attempts to locate defendants Diciro and Moazam were unsuccessful but it has acquired addresses for defendants Diciro and Moazam and, on September 16, mailed new waiver forms to them. If defendants Diciro and Moazam do not return the waiver forms, the Marshal will personally serve those defendants as instructed in the court's April 15 order.

On September 9, 2016, plaintiff moved the court to order the Marshal to serve defendants Diciro and Moazam. Because the Marshal is proceeding with service of the complaint on

////

1. defendants Diciro and Moazam, IT IS HEREBY ORDERED that plaintiff's motion (ECF No.28)
2. is denied.
3. Dated:  September 28, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/rush0452.service